No. 82–396. TWIN CITY SPORTSERVICE, INC., ET AL. *v.* CHARLES O. FINLEY & CO., INC., ET AL. C. A. 9th Cir.

---

1010

Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this petition.